IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID ISRAEL SANCHEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-2084 |
| § | |
| JOHN F. KERRY,[1] SECRETARY OF § | |
| STATE, *et al.*, § | |
| § | |
| Defendant. § | |

## ORDER

The Joint Motion to Amend the Scheduling Order is granted. (Docket Entry No. 36). The Scheduling Order is amended to extend the due date for the Joint Pretrial Order and Motions in Limine to **September 30, 2013**, and to reset the Docket Call to **October 4, 2013** at 10:00 a.m. in Courtroom 11-B.

SIGNED on August 20, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge

---

[1]   John F. Kerry is automatically substituted for Hillary R. Clinton. Fed. R. Civ. P. 25(d).