IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| DAVID ISRAEL SANCHEZ, | § |
| | § |
| Plaintiff, | § |
| | § |
| v. | § CIVIL ACTION NO. H-11-2084 |
| | § |
| JOHN F. KERRY, SECRETARY OF STATE, *et al.*, | § |
| | § |
| | § |
| Defendant. | § |

**ORDER**

The court grants defendant's request for a stay in light of the federal appropriations lapse. (Docket Entry No. 40). The pending deadlines are stayed until Congress reallocates funds to the Department of Justice. The stay is automatically lifted when the funds are restored. Within 5 days after that occurs, Government counsel will file a status report proposing new deadlines for filing pretrial materials and for pretrial conference.

SIGNED on October 10, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge