**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | |
|---|---|
| DAVID ISRAEL SANCHEZ, § | |
| § | |
| Plaintiff, § | |
| § | |
| v. § | CIVIL ACTION NO. H-11-2084 |
| § | |
| JOHN F. KERRY, SECRETARY OF § | |
| STATE, *et al.*, § | |
| § | |
| Defendant. § | |

## ORDER

The defendants filed an unopposed motion to reset the deadlines. (Docket Entry No. 42).

The motion is granted. The joint pretrial order is to be filed by November 13, 2013. The docket call is reset for to **November 26, 2013, at 10:00 a.m.**

SIGNED on October 23, 2013, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge