IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID ISRAEL SANCHEZ, | § § | |
| Plaintiff, | § § | |
| v. | § § | CIVIL ACTION NO. H-11-2084 |
| JOHN F. KERRY, SECRETARY OF STATE, *et al.*, | § § § § | |
| Defendant. | § | |

## ORDER

On May 30, 2014, the government moved to exclude the expert testimony and report of Curtis Baggett or, alternatively, for an evidentiary hearing to consider the motion. (Docket Entry No. 72). On June 6, 2014, the plaintiff responded. (Docket Entry No. 80). Immediately before the start of the bench trial, the court will hold a hearing on the motion.

SIGNED on June 9, 2014, at Houston, Texas.

Lee H. Rosenthal
United States District Judge