UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| DAVID ISRAEL SANCHEZ, | § | |
| Plaintiff, | § | |
| vs. | § | CIVIL ACTION NO. 4:11-CV-02084 |
| JOHN KERRY, SECRETARY OF STATE, | § | |
| Defendant. | § | |

# FINAL JUDGMENT

The court held a bench trial in this case from June 11, 2014 to June 18, 2014. Based on the testimony of the witnesses, the documents admitted into evidence, and the applicable law, this court found and concluded that the plaintiff, David Israel Sanchez, did not meet his burden of proving by a preponderance of the evidence that he is a United States Citizen or National. The plaintiff's claims are dismissed, with prejudice, and final judgment is entered in favor of the defendant, John Kerry, Secretary of State. The Secretary may recover the taxable costs of court.

THIS IS A FINAL JUDGMENT.

SIGNED on June 27, 2014, at Houston, Texas.

_____
Lee H. Rosenthal
United States District Judge